IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS. | § | CR. NO. C-13-143M |
| | § | |
| Delia Rosas | § | |
| Eric Gomez | | |

## ORDER OF TEMPORARY DETENTION AND HEARING

The Court,

\_\_\_\_\_sua sponte, upon finding there is a serious risk that defendant will

\_\_\_\_\_flee,

\_\_\_\_\_obstruct or attempt to obstruct justice,

\_\_\_\_\_threaten, injure, intimidate or attempt to threaten, injure or intimidate a prospective witness or juror,

\_\_X\_\_upon motion by the Government,

**ORDERS** a Detention Hearing.

Motion by

\_\_X\_\_\_Government

\_\_\_\_\_Defendant ( ) pro se, or ( ) by counsel,

for Continuance is **GRANTED.** Preliminary Examination and Detention Hearing are set for **February 7, 2013**, at **10:00 a.m.** before *U. S. Magistrate Judge Brian L. Owsley.*

Pending this hearing, Defendant shall be held in custody by the U. S. Marshal and produced for the hearing.

ORDERED this 4th day of February 2013.

_____
BRIAN L. OWSLEY
UNITED STATES MAGISTRATE JUDGE