IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS. | § | CRIMINAL NO. C-13-143M (1) |
| | § | |
| Delia Rosas | § | |

## ORDER APPOINTING COUNSEL

The above Defendant has testified under oath, or has otherwise satisfied this Court that he or she is financially unable to employ counsel, and does not wish to waive counsel. Because the interest of justice so requires, the Federal Public Defender of this District is hereby appointed, pursuant to the provisions of the Criminal Justice Act, to represent said Defendant in this case.

An appointment by a Magistrate Judge shall remain in effect if the case proceeds to District Court.

ORDERED this 4th day of February 2013.

BRIAN L. OWSLEY
UNITED STATES MAGISTRATE JUDGE

Preliminary Examination and Detention Hearing are set for: February 7, 2013 at 10:00 a.m.